UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RAUL FLORES GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 15-00042 (GJS)<br><br>JUDGMENT |

　　　IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED and this matter REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

DATED: December 08, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GAIL J. STANDISH
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE